No. 1086. PICCARD *v.* SPERRY CORPORATION ET AL. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *A. Joseph Geist* for petitioner. *Frank J. Berberich, Henry A. Mulcahy, Isidor Wasservogel* and *E. W. Debevoise* for respondents.

No. 1032. LESSER *v.* NEW YORK. May 13, 1946. Petition for writ of certiorari to the Court of General Sessions of the County of New York, New York, denied.

No. 1067. COOPER *v.* JACKSON, WARDEN. May 13, 1946. Petition for writ of certiorari to the Supreme Court, Appellate Division, 3d Judicial Department, New York, denied.

No. 1115. BORRELLI *v.* ILLINOIS. May 13, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Wm. Scott Stewart* for petitioner.

No. 1120. NOWAK *v.* NIERSTHEIMER, WARDEN. May 13, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.